IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

    -v-                                            CASE NO.: 3:06MJ98-VPM

OCTAVIO TREJO PATINO,

    Defendant.

_____

NOTICE OF APPEARANCE

_____

       COMESCOMES NOW, Mark Allen Treadwell, Attorney at Law, and files this Notice of Appearance asas retainedas retained counsel for Octavio Trejo Patino, inas retained counsel for Octavio Trejo Patino, in the ab[ove] counsel requests the following:

1.    That attorney s name be entered on the appropriate court documents as counsel of record.

2.    That notices of trial dates, continuances, etc. be forwarded to attorney.

       This the ___13th _____day of _October_____2006.

                                            S/ Mark Allen Treadwell, (TRE 005)

OLIVER-TREADWELL
129 West Columbus Street
Dadeville, Alabama  36853
(256) 825-9296

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon the following electronically via the Case Management Electronic Case Filing addressed to:

Hon. Todd Brown
US. Attorney s Office for Middle District of Alabama
One Court Square Suite 201
Montgomery, Alabama 36104


      On this ___13_ day of _October____ 2006.


      S/ Mark Allen Treadwell (TRE005)