**COURTROOM DEPUTY MINUTES**  **DATE:** October 16, 2006
**MIDDLE DISTRICT OF ALABAMA**  2:22 - 2:29
**DIGITAL RECORDING:** 2:51 - 2:59

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 3:06mj98-VPM    **DEFT. NAME:** Octavio Trejo Patino

**USA:** John Harmon    **ATTY:** Mark Allen Treadwell

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:** Tamara Martin

Defendant __✓__ does __ does NOT need an interpreter; NAME Beverly Childress

- ✓ Kars.   Date of Arrest **10/13/06**   or   ☐ karsr 5
- ✓ kia.   Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ✓   Deft. Advises he will retain counsel. Has retained **Mark Allen Treadwell**
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ✓   **DETENTION HRG** ☐ held; ☐ set for _____; ✓ **Prelim. Hrg** ✓ Set for **10/26/06 @ 10:00am**
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ✓ kocondrls.   Release order entered. ✓ Deft. advised of conditions of release.
- ✓ kbnd.   ✓ **BOND EXECUTED** (M/D AL charges) $ **25,000**   Deft released (kloc LR)
  - ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
  **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
  Trial Term _____;  ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: _____
- ✓ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel; Counsel notified Courtroom Deputy that he has received Notice in related case.
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.