IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 3:06mj98-VPM |
| ) | |
| OCTAVIO TREJO PATINO ) | |
| ) | |

## **ORDER**

For good cause, it is

**ORDERED** that a Preliminary Hearing for the defendant, OCTAVIO TREJO PATINO, be and is hereby scheduled for 26 October 2006 at 10:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk shall provide an Interpreter for these proceedings.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done this 19th day of October, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE